The Honorable Ronald B. Leighton

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| KENDRA L. CONNOR, individually and on behalf of her marital community, | No. 3:11-CV-05912-RBL |
| Plaintiff, | Pierce County Superior Court Case No. 11-2-13826-2 |
| v. | |
| CURRENT TV, LLC, a Delaware Limited Liability Company, and JOSHUA GLASSMAN, an unmarried individual, | ORDER GRANTING PLAINTIFF'S MOTION TO REMAND |
| Defendants. | |

Having considered the arguments in Plaintiff's Motion to Remand, any oppositions and replies thereto, and the papers on file in this matter.

IT IS ORDERED THAT this case shall be remanded to the Pierce County Superior Court.

DATED: this 13th day of December, 2011

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION TO REMAND - 1
(3:11-CV-05912-RBL)

**WRENN LAW GROUP, PLLC**
Two Union Square
601 Union St., Suite 5110
Seattle, WA 98101
(206) 436-8955
Fax: (206) 447-9374

1  **Presented by:**

2  WRENN LAW GROUP, PLLC

3  s/ Michael R. Wrenn

4  Michael R. Wrenn, WSBA # 11217
   David R. Spence, WSBA #24370

5  Attorneys for Plaintiff Kendra L. Connor

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING MOTION TO REMAND - 2
(3:11-CV-05912-RBL)

**WRENN LAW GROUP, PLLC**
Two Union Square
601 Union St., Suite 5110
Seattle, WA  98101
(206) 436-8955
Fax: (206) 447-9374