The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KENDRA L. CONNOR, individually and on behalf of her marital community,<br><br>Plaintiff,<br><br>v.<br><br>CURRENT TV, LLC, a Delaware Limited Liability Company, and JOSHUA GLASSMAN, an unmarried individual,<br><br>Defendants. | No. 3:11-CV-05912-RBL<br><br>Pierce County Superior Court Case No. 11-2-13826-2<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 28 U.S.C § 1447(C)<br><br>[PROPOSED] |

Having considered the arguments in Plaintiff's Motion for Attorneys' Fees, any oppositions and replies thereto, and the papers on file in this matter, this Court has determined that removal of this case was improper because Defendant Current TV, LLC lacked an objectively reasonable basis for seeking removal.

IT IS ORDERED THAT Defendant Current TV, LLC shall pay Plaintiff's reasonable attorneys' fees of $12,910.00 pursuant to 28 U.S.C. § 1447(c).

DATED: this ___ day of December, 2011

_____
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS'
FEES PURSUANT TO 28 U.S.C. § 1447(C) - 1
(3:11-CV-05912-RBL)

**WRENN LAW GROUP, PLLC**
Two Union Square
601 Union St., Suite 5305
Seattle, WA 98101
(206) 395-7630
Fax: (206) 447-9374

1
2  **Presented by:**

3  WRENN LAW GROUP, PLLC

4  s/ Michael R. Wrenn
   Michael R. Wrenn, WSBA # 11217
5  David R. Spence, WSBA #24370
   Attorneys for Plaintiff Kendra L. Connor
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS'
FEES PURSUANT TO 28 U.S.C. § 1447(C) - 2
(3:11-CV-05912-RBL)

WRENN LAW GROUP, PLLC
Two Union Square
601 Union St., Suite 5305
Seattle, WA 98101
(206) 395-7630
Fax: (206) 447-9374